IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CARMEN R. IRELAND,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CV# 04-720-BR<br><br>ORDER GRANTING<br>ATTORNEY FEES UNDER<br>42 U.S.C. § 406(b) |

Attorneys' fees in the amount of $17,134.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Previously, this court awarded Plaintiff attorney fees in the amount of $7499.99 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the amount previously awarded under the EAJA and send Plaintiff's attorneys the balance of $9634.51, minus any applicable processing fees as allowed by statute.

Dated this 20 day of September 2010.

_____
U.S. District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon

ORDER GRANTING ATTORNEY FEES – 1